FRANCES McKERNAN, as Limited Administratrix of the Estate of MATTHEW McKERNAN, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Submitted July 23, 1946; decided July 23, 1946.

*Frank J. Macre* for motion.
*John D. Bright* opposed.

Motion granted upon payment of $25 costs and disbursements.